John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90066
Telephone: (310) 273-1230
Facsimile:  (310) 858-1063
*kristensen@cz.law*
*jmartinez@cz.law*

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SARAH GOODRICH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ASH STREET VENTURE, INC. dba HOUSE OF EDEN, a California corporation; RONALD THERON SMITH, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, <br><br> Defendants. | Case No.: 8:21-cv-02134-CJC-ADS <br><br> **COLLECTIVE ACTION** <br><br> **NOTICE OF SETTLEMENT** |

**COMES NOW** plaintiff Sarah Goodrich ("Plaintiff") and informs this Court that Plaintiff and defendants Ash Street Venture, Inc. dba House of Eden, a California Corporation and Ronald Theron Smith (collectively, "Defendants") have reached agreement in principle on March 28, 2022 to settle the above-referenced lawsuit. An executed agreement will be finalized in the coming week.

**NOTICE OF SETTLEMENT**
- 1 -

     Plaintiff requests that this Court vacate all pending dates and deadlines and allow thirty (30) days within which to file a motion for approval pursuant to the Fair Labor Standards Act.

Dated: March 28, 2022             Respectfully submitted,

                                       **CARPENTER & ZUCKERMAN**

                                       */s/ John P. Kristensen*
                                       John P. Kristensen
                                       Jesenia A. Martinez
                                       ***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

    I certify that on Monday, March 28, 2022 a true and correct copy of the attached **NOTICE OF SETTLEMENT** was served via email upon the following parties pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Ronald Theron Smith<br>1189 Ash Avenue<br>Fullerton, CA 92831<br>Email: 1mrsmith1@roadrunner.com<br><br>*Defendant* | Ash Street Venture, Inc. dba House of Eden<br>via its Agent for Service of Process:<br>Ronald Theron Smith<br>1189 Ash Avenue<br>Fullerton, CA 92831<br>Email: 1mrsmith1@roadrunner.com<br><br>*Defendant* |

 

                                                      */s/ John P. Kristensen*
                                                         John P. Kristensen