# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 21-02134-CJC (ADSx)            Date: May 9, 2022

Title: SARAH GOODRICH V. ASH STREET VENTURE, INC. ET AL.

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

       On March 28, 2022, Plaintiff Sarah Goodrich filed a notice of settlement regarding the above captioned action. (Dkt. 16.) Plaintiff requested 30 days to file a motion for approval of a collective action settlement pursuant to the Fair Labor Standards Act. The 30 days have passed and Plaintiff has not filed a motion for approval. Accordingly, the Court **ORDERS** Plaintiff to respond to this order to show cause as to why the case should not be dismissed for lack of prosecution by **Monday**, **June 13, 2022**. In lieu of a response, a motion for approval of a collective action settlement filed by Monday, June 13, 2022 will also discharge the order to show cause.

as
MINUTES FORM 11
CIV-GEN                                                                             Initials of Deputy Clerk RRP